IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA YOUNGS SETTLE and JAMES CARR FREEMAN, § § § § Plaintiffs, § § vs. § § STATE OF TEXAS, et al., § § Defendants. § | Civil Action No. H-08-2050 |

**ORDER**

This action was filed on June 27, 2008, by Barbara Youngs Settle and James Carr Freeman, both proceeding *pro se.*

Plaintiff Settle has several preclusion orders entered against her in this district.[1] The most recent orders issued in this district require that any future lawsuit or pleading be screened in accordance with procedures outlined therein.[2] Plaintiff Settle has ignored those procedures without explanation.

It is **ORDERED** that allegations and claims pertaining to Plaintiff Barbara Youngs Settle be **STRICKEN** from this suit. Ms. Settle may not file any pleading in this cause of

---

[1] See (no caption) S.D. Texas, Misc No. H-00-369, docketing Judge DeAnda's Order of Permanent Injunction in Youngs-Settle v. United States of America, Civil Action No. 85-431; Baker v. Lloyd, S.D. Texas, Misc. No. H-02-19, Docket Entry Nos. 13 and 14; Baker v. Lloyd, S.D. Texas, Misc. H-02-65, Docket Entry No. 1. The Fifth Circuit is presently attempting to locate its preclusion order in Cause No. 95-2256.

[2] See Baker v. Lloyd, S.D. Texas, Misc. No. H-02-19, Docket Entry Nos. 13 and 14; Baker v. Lloyd, S.D. Texas, Misc. 02-65, Docket Entry No. 1.

action until she complies with the requirements of the preclusion orders in Misc. Nos. H-02-19 and H-02-65.

      SIGNED on August 15, 2008, at Houston, Texas.

                                            Lee H. Rosenthal
                                    United States District Judge