IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA YOUNGS SETTLE and JAMES CARR FREEMAN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. H-08-2050 |
| STATE OF TEXAS, et al., | § § | |
| Defendants. | § § | |

## ORDER

The claims asserted by Barbara Youngs Settle in this case were struck by order entered August 15, 2008. The remaining claims were dismissed by order entered on September 2, 2008. All the claims of Barbara Youngs Settle were dismissed with prejudice; the federal claims of James Carr Freeman were dismissed with prejudice; and the state-law claims of James Carr Freeman were dismissed without prejudice.

The motions filed by Barbara Youngs Settle after the claims were dismissed, (Docket Entry No. 13 and 14), are denied. There is no basis for relief under Rule 60(b) of the Federal Rules of Civil Procedure.

SIGNED on April 3, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge